NUMBER 13-01-273-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

VIE DANSANTE BROADCASTING, INC.,                              Appellant,

v.

SENDERO MULTIMEDIA, INC.,                                            Appellee.
____________________________________________________________________

On appeal from the 370th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, VIE DANSANTE BROADCASTING, INC., perfected an appeal from a
judgment entered by the 370th District Court of Hidalgo County, Texas, in cause
number C-960-00-G. The appeal was abated on July 26, 2001, pursuant to Tex. R.
App. P. 8.2. Appellant has filed a motion for reinstatement of the appeal in accordance
with Tex. R. App. P. 8.3. In addition, the parties have filed a joint motion to reverse
and remand for entry of judgment pursuant to settlement. 
         The Court, having examined and fully considered the documents on file and the
motions on file, is of the opinion that the motions should be granted. Appellant’s
motion for reinstatement of appeal is GRANTED, and the appeal is ordered
REINSTATED. The joint motion to reverse and remand for entry of judgment pursuant
to settlement is GRANTED, and the judgment of the trial court is hereby REVERSED
and the cause is REMANDED to the trial court in accordance with the parties’
settlement agreement.  
                                                      PER CURIAM
Opinion delivered and filed this
the 1st day of April, 2004.